# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**EMILY S. BEAVER, by her father and
next friend, Albert H. Beaver,**

            Plaintiff,

        V.                      CASE NUMBER: **07-C-520**

**JEFFREY J. MARTINSON,
THOMAS J. WALSH, and
JEFFREY R. WISNICKY,**

            Defendants.

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that the defendants' motions to dismiss are GRANTED because Albert H. Beaver does not have standing to sue on Emily S. Beaver's behalf.**

**This action is hereby DISMISSED.**

**July 30, 2007**                                                **JON W. SANFILIPPO**
Date                                                                   Clerk

                                                                               s/ Linda M. Zik
                                                                               (By) Deputy Clerk